09-CV-05069-ORD

FILED _____ LODGED
_____ RECEIVED

APR 30 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Hon. Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| PHYLLIS GORDON, as the Personal Representative of the estate of Anthony Gordon,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, Department of Social & Health Services, Western State Hospital; ANDREW PHILLIPS, in his individual and official capacities; EDWARD L. KELLY, in his individual and official capacities; DONNA SLAGLE, in her individual and official capacities; STEVEN ANTHONY, in his individual and official capacities; JOHN DOE & JANE DOES 1 through 20, in their individual and official capacities,<br><br>Defendants. | NO. C09-5069-RBL<br><br>STIPULATION AND ORDER TO CONSOLIDATE |

STIPULATION AND ORDER
TO CONSOLIDATE CASES
-C09-5069-RBL and C09-5070-FDB

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1019 Pacific Ave., 3rd Floor
P O Box 2317
Tacoma WA 98401-2317
(253) 593-5243

| | |
|---|---|
| 1  MARCOS GORDON and PHYLLIS GORDON, husband and wife, | |
| 2 | NO. C09-5070-FDB |
| 3      Plaintiffs, | |
| 4  v. | STIPULATION AND ORDER TO CONSOLIDATE |
| 5  STATE OF WASHINGTON, Department of Social & Health Services, Western State Hospital; | |
| 6  ANDREW PHILLIPS, in his individual and official capacities; EDWARD L. | |
| 7  KELLY, in his individual and official capacities; DONNA STAGLE, in her | |
| 8  individual and official capacities; STEVEN ANTHONY, in his individual | |
| 9  and official capacities; JOHN DOE & JANE DOES 1 through 20, in their | |
| 10  individual and official capacities, | |
| 11      Defendants. | |

IT IS HEREBY STIPULATED by and between Harold Karlsvik and Kevin L. Johnson, counsel for plaintiffs herein, and Robert M. McKenna, Attorney General, and Glen A. Anderson, Senior Counsel, counsel for the defendants herein, that the above-entitled two actions may be consolidated for all purposes under USDC WD County Cause No. C09-5069 RBL.

DATED this 27th day of April, 2009.

ROBERT M. MCKENNA
Attorney General

_____
GLEN A. ANDERSON, WSBA #17490
Senior Counsel
Attorneys for Defendant State

_____
HAROLD KARLSVIK, WSBA #23026
Attorneys for Plaintiffs

Co-counsel
KEVIN L. JOHNSON, WSBA #24784

STIPULATION AND ORDER
TO CONSOLIDATE CASES
-C09-5069-RBL and C09-5070-FDB

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1019 Pacific Ave., 3rd Floor
P O Box 2317
Tacoma WA 98401-2317
(253) 593-5243

## ORDER

THIS MATTER having come on before the above-entitled court upon stipulation of counsel, the court having examined the records and being fully advised in the matter, now, therefore,

IT IS HEREBY ORDERED That USDC WD Cause No. C09-5069 RBL and USDC WD Cause No. C09-5070 FDB shall be consolidated under USDC WD Cause Number C09-5069 RBL.

IT IS FURTHER ORDERED That the caption shall be amended to identify plaintiffs as follows: Phyllis Gordon as the Personal Representative of the Estate of Anthony Gordon, and Marcos Gordon and Phyllis Gordon, husband and wife, plaintiffs.

IT IS FURTHER ORDERED That the scheduling dates as set forth under cause number C09-5069 RBL shall remain in the consolidated case.

DONE IN OPEN COURT this 30th day of April, 2009.

_____
JUDGE

Presented by:

ROBERT M. MCKENNA
Attorney General

_____
GLEN A. ANDERSON, WSBA #17490
Senior Counsel
Attorneys for Defendants

Approved as to form and notice of presentation waived:

_____
HAROLD KARLSVIK, WSBA #23026
Attorney for Plaintiffs

Co-counsel
KEVIN L. JOHNSON, WSBA #24784

STIPULATION AND ORDER
TO CONSOLIDATE CASES
-C09-5069-RBL and C09-5070-FDB

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1019 Pacific Ave., 3rd Floor
P O Box 2317
Tacoma WA 98401-2317
(253) 593-5243