HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PHYLLIS GORDON, as the Personal Representative of the Estate of Anthony Gordon, and MARCOS GORDON and PHYLLIS GORDON, husband and wife,

Plaintiffs,

v.

EDWARD L. KELLY, in his individual capacity,

Defendant.

Case No. C09-5069RBL

VERDICT FORM

We, the jury, answer the questions submitted by the court as follows:

QUESTION 1:   Do you find that Defendant Edward Kelly violated Plaintiff Anthony Gordon's Fourteenth Amendment rights?

**ANSWER:** _No_ (Write "yes" or "no")

*(INSTRUCTION: If you answered "yes" to Question 1, answer Questions 2, 3 and 4. If you answered "no" to Question 1, sign and return this verdict form.)*

Page - 1

QUESTION 2:   What do you find to be the amount of damages to Plaintiff, the Estate of Anthony Gordon?

**ANSWER: $**_____

QUESTION 3:   What do you find to be the amount of damages to Plaintiffs, Marcos Gordon and Phyllis Gordon?

**ANSWER: $**_____

QUESTION 4:   Do you award punitive damages to be assessed against Edward Kelly?

**ANSWER:** _____  (Write "yes" or "no")

*(INSTRUCTION: If you answered "yes" to Question 4, answer Question 5. If you answered "no" to Question 4, sign and return this verdict form.)*

QUESTION 5:   If you award punitive damages, what amount do you award?

**ANSWER: $**_____

*(INSTRUCTION: Sign this verdict and notify the clerk.)*

Dated this  *10*  day of  *May* , 2010.

_____
FOREPERSON

Page - 2